# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: <u>SA CV 21-00079-DOC-(DFMx)</u>　　　　　　　Date: <u>July 16, 2021</u>

Title: <u>Orlando Garcia v. Ayres-Laguna Woods, L.P., et al.</u>

---

PRESENT: <u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

　　　　<u>Kelly Davis</u>　　　　　　　　　　　<u>Not Present</u>
　　　Courtroom Clerk　　　　　　　　　　Court Reporter

　ATTORNEYS PRESENT FOR　　　　　ATTORNEYS PRESENT FOR
　　　　PLAINTIFF:　　　　　　　　　　　　DEFENDANT:
　　　None Present　　　　　　　　　　　None Present

---

## PROCEEDINGS: (IN CHAMBERS): ORDER DISMISSING CIVIL CASE

　　　The Court, having been notified by counsel for the parties that this action has been settled re Notice of Settlement [23], hereby orders this action DISMISSED without prejudice. The Court hereby orders **ALL** proceedings in the case VACATED and taken off calendar. The Court retains jurisdiction for 60 days to vacate this order and reopen the action upon showing of good cause that the settlement has not been consummated.

　　　The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: kd